# M<small>ORRIS</small>, N<small>ICHOLS</small>, A<small>RSHT</small> & T<small>UNNELL</small> <small>LLP</small>

1201 N<small>ORTH</small> M<small>ARKET</small> S<small>TREET</small>
P.O. B<small>OX</small> 1347
W<small>ILMINGTON</small>, D<small>ELAWARE</small>  19899-1347

302 658 9200
302 658 3989 F<small>AX</small>

M<small>EGAN</small> E. D<small>ELLINGER</small>
302 351 9366
mdellinger@mnat.com

December 15, 2017


**BY CM/ECF AND HAND DELIVERY**

The Honorable Richard G. Andrews
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE  19801

      Re:   *Bayer Intellectual Property GmbH, et al. v. CAP IM Supply, Inc.*
            C.A. No. 17-591 (RGA)

Dear Judge Andrews:

      The parties to the above-captioned matter write to report that they are in agreement that no terms of the patent-in-suit require construction.  Accordingly, the parties respectfully request that the Court cancel the *Markman* hearing scheduled for March 29, 2018.

                                  Respectfully,

                                  */s/ Megan E. Dellinger*

                                  Megan E. Dellinger (#5739)

MED/dam
cc:    Clerk of Court (by hand delivery)
        All Counsel of Record (by CM/ECF and email)
11508065