IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER ANIMAL HEALTH GMBH, and BAYER HEALTHCARE LLC, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 17-591-RGA ) |
| CAP IM SUPPLY, INC., | ) ) |
| Defendant. | ) ) |

## STIPULATION AND [PROPOSED] ORDER

The parties hereby stipulate and agree, subject to the Court's approval, that CAP IM Supply, Inc.'s 30(b)(6) deposition of Bayer designee David Van Brunt may be taken on June 6, 2018, after the May 11, 2018 close of fact discovery.

To accommodate this deposition, the parties further agree to extend the following deadlines:

| Event | Current Deadline | Extended Deadline |
|---|---|---|
| Opening Expert Reports | June 1, 2018 | June 15, 2018 |
| Rebuttal Expert Reports | June 29, 2018 | July 13, 2018 |
| Reply Expert Reports | July 31, 2018 | August 2, 2018 |

All other dates in the scheduling order (D.I. 41) will remain the same.

| | |
|---|---|
| *s/ Jack B. Blumenfeld* | */s/ David M. Fry* |
| Jack B. Blumenfeld (No. 1014) | John W. Shaw (No. 3362) |
| Megan Dellinger (No. 5739) | Karen E. Keller (No. 4489) |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | David M. Fry (No. 5486) |
| 1201 North Market Street | SHAW KELLER LLP |
| P.O. Box 1347 | I.M. Pei Building |
| Wilmington, DE 19899 | 1105 North Market Street, 12th Floor |
| (302) 658-9200 | Wilmington, DE 19801 |
| jblumenfeld@mnat.com | (302) 298-0700 |
| mdellinger@mnat.com | jshaw@shawkeller.com |
| *Attorneys for Plaintiffs* | kkeller@shawkeller.com |
| | dfry@shawkeller.com |
| Dated: May 11, 2018 | *Attorneys for Defendant* |

       SO ORDERED this ___ day of _____, 2018.

                                        _____
                                        United States District Judge