IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER ANIMAL HEALTH GMBH, and BAYER HEALTHCARE LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 17-591 (RGA) |
| CAP IM SUPPLY, INC., | ) ) | |
| Defendant. | ) ) | |

**STIPULATION AND [PROPOSED] ORDER STAYING CASE**

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that all deadlines are stayed through and including August 10, 2018 to provide the parties time in which to finalize settlement.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

SHAW KELLER LLP

*/s/ Megan E. Dellinger*

Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mdellinger@mnat.com

*Attorneys for Plaintiffs*

*/s/ Karen E. Keller*

John W. Shaw (#3362)
Karen E. Keller (#4489)
David M. Fry (#5486)
Nathan R. Hoeschen (#6232)
1105 North Market Street
12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
dfry@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Defendant*

July 26, 2018
12072977

SO ORDERED this ___ day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE