IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER ANIMAL HEALTH GMBH, and BAYER HEALTHCARE LLC, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>CAP IM SUPPLY, INC., <br><br>　　　　Defendant. | ) ) ) ) ) ) ) ) C.A. No. 17-591 (RGA) ) ) ) ) ) ) |

## STIPULATION AND [PROPOSED] ORDER STAYING CASE

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that all deadlines in the Scheduling Order (D.I. 41) are vacated and this case is stayed through and including September 7, 2018 to provide the parties time in which to finalize settlement. If necessary, by or before September 7, 2018, the parties will contact the Court to discuss a new schedule.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
|---|---|
| */s/ Megan E. Dellinger* | */s/ Karen E. Keller* |
| Jack B. Blumenfeld (#1014) | John W. Shaw (#3362) |
| Megan E. Dellinger (#5739) | Karen E. Keller (#4489) |
| 1201 North Market Street | David M. Fry (#5486) |
| P.O. Box 1347 | Nathan R. Hoeschen (#6232) |
| Wilmington, DE 19899 | 1105 North Market Street |
| (302) 658-9200 | 12th Floor |
| jblumenfeld@mnat.com | Wilmington, DE 19801 |
| mdellinger@mnat.com | (302) 298-0700 |
| | jshaw@shawkeller.com |
| *Attorneys for Plaintiffs* | kkeller@shawkeller.com |
| | dfry@shawkeller.com |
| | nhoeschen@shawkeller.com |
| | *Attorneys for Defendant* |

August 10, 2018
12115798

SO ORDERED this 14 day of August 2018.

*/s/ Richard G. Andrews*
UNITED STATES DISTRICT JUDGE