IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER ANIMAL HEALTH GMBH, and BAYER HEALTHCARE LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CAP IM SUPPLY, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 17-591-RGA |

## JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs, Bayer Intellectual Property GmbH, Bayer Animal Health GmbH, and Bayer Healthcare LLC (collectively, "Bayer"), and Defendant, CAP IM Supply, Inc. ("CAP IM"), by and through their respective counsel, have agreed to settle and dismiss this action, as set forth in a Settlement Agreement dated December 21, 2018. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(c), Bayer and CAP IM hereby dismiss all claims and counterclaims against each other with prejudice. The parties shall bear their own costs and attorneys' fees. The Court shall retain jurisdiction over this matter and the parties to the Settlement Agreement with respect to disputes concerning the interpretation and/or enforcement of the Settlement Agreement.

| | |
|---|---|
| */s/ Karen E. Keller* | */s/ Megan Dellinger* |
| John W. Shaw (No. 3362) | Jack B. Blumenfeld (No. 1014) |
| Karen E. Keller (No. 4489) | Megan Dellinger (No. 5739) |
| David M. Fry (No. 5486) | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| SHAW KELLER LLP | 1201 North Market Street |
| I.M. Pei Building | P.O. Box 1347 |
| 1105 North Market Street, 12th Floor | Wilmington, DE 19899 |
| Wilmington, DE 19801 | (302) 658-9200 |
| (302) 298-0700 | jblumenfeld@mnat.com |
| jshaw@shawkeller.com | mdellinger@mnat.com |
| kkeller@shawkeller.com | *Attorneys for Plaintiffs* |
| dfry@shawkeller.com | |
| *Attorneys for Defendant* | |

OF COUNSEL:
Robert P.K. Mooney
RPKM LAW
1375 N. Mountain Springs Parkway
Springville, UT 84663
(801) 836-7023

OF COUNSEL:
Gary H. Levin
Timothy J. Doyle
Stephanie M. Papastephanou
Samuel A. McMahon
BAKERHOSTETLER LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
(215) 568-3100
glevin@bakerlaw.com
tdoyle@bakerlaw.com
spapastephanou@bakerlaw.com
smcmahon@bakerlaw.com

Irene E. Hudson
BAKERHOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4207
ihudson@bakerlaw.com

Dated: January 4, 2019

It is so ORDERED, dated this __4__ day of __January__, 2019.

_____
United States District Judge

2